

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00235-CR

**IN RE** Olice Edward **BROWN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 12, 2018, Relator filed a pro se petition for writ of mandamus, which this court denied. The court has considered Relator's motion for rehearing and the motion is GRANTED. We withdraw our May 17, 2018 order.

Nevertheless, having again considered Relator's petition for writ of mandamus, the court remains of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

The court's opinion will issue at a later date.

It is so **ORDERED** on June 15, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CR9349W, styled *The State of Texas v. Olice Edward Brown*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.